IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Elaine L. Chao, Secretary, United States Department of Labor | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. RDB 03-3409 |
| Self Pride, Inc. and Barbara A. Robinson, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER & JUDGMENT

For the reasons stated in the foregoing Memorandum Opinion, this 13th day of January 2006, the Court finds that Defendants did not act willfully pursuant to 29 U.S.C. § 255(a) and it is HEREBY ORDERED and ADJUDGED:

1. That Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $527,903.63.

    a. Of the $527,903.63, $372,663.91 is for back wages to 392 current and former Self Pride, Inc. employees, and

    b. Of the $527,903.63, $155,239.72 is liquidated damages owed to 96 current and former Self Pride, Inc. employees, pursuant to 29 U.S.C. § 216(b).

2. Defendants, including any officer, agent, representative, and/or employee, are permanently enjoined and restrained, directly or indirectly, from violating the overtime and record-keeping provisions of the Fair Labor Standards Act of 1938,

as amended, 29 U.S.C. § 201, *et seq.* in the future;

3. That any and all prior rulings made by the Court disposing of any claims against any parties or determining Defendants' liability are incorporated by reference therein, and this Order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58; and

4. That the Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to counsel for the parties and close this case.

/s/_____
Richard D. Bennett
United States District Judge